

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 11 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| WIRELESS AGENTS, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>SONY ERICSSON MOBILE COMMUNICATIONS AB and SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.,<br><br>Defendants. | CIVIL ACTION NO. 3:05-CV-289-K |

### SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.'S CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.1(f), Defendant Sony Ericsson Mobile Communications (USA) Inc. certifies that the following persons and entities are financially interested in the outcome of this case:

1. Wireless Agents, L.L.C.;
2. Sony Ericsson Mobile Communications AB; and
3. Sony Ericsson Mobile Communications (USA) Inc.

In making this representation, the undersigned counsel understands the phrase "financially interested" to mean that as a result of a final decision in this case, a named entity's finances are or could be affected.

In addition, Sony Ericsson Mobile Communications (USA) Inc. advises the Court that it is a wholly owned subsidiary of Sony Ericsson Mobile Communications AB. More than ten percent of the stock of Sony Ericsson Mobile Communications AB is owned by each of the

following publicly traded companies: (1) Sony Corporation of Japan, and (2) Telefonaktiebolaget LM Ericsson of Sweden.

        Respectfully submitted,

_____
Bruce S. Sostek
  Texas Bar No. 18855700
Max Ciccarelli
  Texas Bar No. 00787242
Richard L. Wynne, Jr.
  Texas Bar No. 24003214
THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201–4693
214.969.1700
214.969.1751 (facsimile)

ATTORNEYS FOR DEFENDANT SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure on April _11_, 2005 to the following counsel of record via the method indicated.

**Via Hand Delivery**
Michael W. Shore
Akin Gump Strauss Hauer & Feld
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201

                                              Richard L. Wynne, Jr.

DALLAS 1871655.1